# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| Guest,<br><br>      Plaintiff,<br><br>v.<br><br>Client Services Inc.,<br><br>      Defendant. | Case No. 10-cv-301-TLS-CAN<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

   RESPECTFULLY SUBMITTED,

   Macey & Aleman, P.C.

   By: /s/ Timothy J. Sostrin
       Timothy J. Sostrin
       233 S. Wacker, Suite 5150
       Chicago, IL 60606
       Telephone:  866-339-1156
       Email:  tjs@legalhelpers.com
       Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2010, I served Defendant with the following Notice by depositing a copy of the same in the United States Mail addressed as follows:

Client Services, Inc.
c/o Daniel K. Barklage, Registered Agent
211 North Third St.
St. Charles, MO 63301

/s/ Timothy J. Sostrin